**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT COURT
DISTRICT OF TEXAS
**FILED**

FEB 1 3 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| HENRY ECHARTE-RIVERO (01) | 4-19CR00036Y |
| REBECCA MIER (02) | |
| YVETTE RANGEL (03) | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before March 2014, and continuing until in or around December 2018, in the Northern District of Texas, and elsewhere, defendants **Henry Echarte-Rivero, Rebecca Mier,** and **Yvette Rangel,** along with others known and unknown to the Grand Jury, including Juan Ernesto Hernandez not named as a defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

HENRY ECHARTE-RIVERO (01)
REBECCA MIER (02)
YVETTE RANGEL (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH _____ FOREPERSON

Filed in open court this 13th day of February, 2019.

---------------------------------------------------------------------------------------------

**Defendant's 01 and 03 in Federal Custody.   Defendant 02 on pretrial release.**

---------------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Number: 4:18-MJ-709-BJ